UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
                                       :

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2005
```

SENTIMENTAL EXCLUSIVE DESIGNS,
INC.                                   :

                                          04 Civ. 8029 (WHP)
            Plaintiff,                 :
                                          SUSPENSE ORDER
        -against-                      :

PRETTY GIRL, INC. et al.               :

            Defendants.                :

- - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff Sentimental Exclusive Designs, Inc.

("Sentimental") having become the subject of a petition in

bankruptcy, thus staying further prosecution of the action in

this Court during the bankruptcy proceedings, it is hereby

ORDERED that this case be transferred to the Suspense Docket of

this Court.

        The parties are directed to inform this Court by letter

of the status of Sentimental's bankruptcy proceedings by August

1, 2005, or within 30 days of any disposition of the bankruptcy

proceeding, whichever is earlier.


Dated:  February 1, 2005
        New York, New York



                    SO ORDERED:


                    _____
                    WILLIAM H. PAULEY III
                    U.S.D.J.